IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANGEL ALFONSO DOMINGUEZ FUENTES, \*

    Petitioner, \*

                              \*   Civil Case No.: SAG-26-00368

v.                                 \*

PAMELA BONDI, *et al.*, \*

    Respondents. \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

On February 2, 2026, this Court ordered that Petitioner be provided a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d) within ten days of the Petitioner's filing of a motion with the immigration court. ECF 7. On February 19, 2026, the parties filed a Joint Status report, ECF 9, stating that although Petitioner filed for a bond hearing, the Immigration Court has not yet set the matter in for a bond hearing. Accordingly, this Court will GRANT the Petition. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Angel Alfonso Dominguez Fuentes from custody, subject to appropriate conditions including his appearance at a bond hearing in Maryland consistent with 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d). The Clerk is directed to CLOSE this case.

Date: February 20, 2026                                                  /s/
                                                                           Stephanie A. Gallagher
                                                                           United States District Judge